RECEIVED

JUN 21 2005

ROBERT H. S... CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SHAWN DOUGLAS<br>PAIGE BROWN | CIVIL ACTION NO. 04-1144 |
| VS. | MAGISTRATE JUDGE METHVIN<br>BY CONSENT OF THE PARTIES |
| GENERAL MOTORS CORP. | |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling issued this date,

**IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment filed by defendant General Motors Corp. is **GRANTED** and William Douglas is deemed to have been operating a motor vehicle at the time of his death within the meaning of La. R.S. 9:2798.4.

Signed at Lafayette, Louisiana on June 20, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140      FAX 593-5155